

Steven Alan Magritz
C/o Kenneth A. Kraucunas, Notary Public
P.O. Box 342443
Milwaukee, Wisconsin 53234

district court of the United States              District of Columbia

---

**Steven Alan Magritz**, Complainant

Against                                          Case Number: 12CV806 EGS

**Ozaukee County**, et al., Respondents.

---

# PRAECIPE AND NOTICE TO THE CLERK

---

**TAKE NOTICE:** Complainant Steven Alan Magritz has not received a copy of an

alleged ORDER as referenced in item # 6 herein below;

**NOTICE:** *This Court is improperly addressing Complainant's mail* thereby causing confusion

and delay by not properly addressing it in care of the Notary Public *as set forth herein above*;

**NOTICE:** Complainant **DEMANDS** this Court properly reflect Complainant's mailing address

as set forth herein above *in the Court records* and hereafter **ONLY send mail to Complainant**

**in c/o Kenneth A. Kraucunas, Notary Public at the mailing address as set forth above**.

Complainant requests, and tenders payment herewith by way of Postal Money Order in

the amount of $10.00 for copies of the "ORDER" (item # 6) and the other indicated documents

from Complainant to this Court which bear a properly time and date stamped "Received":

1.     PRAECIPE and NOTICE TO THE CLERK dated May 05, 2012 mailed by Registered
United States mail # RE 468 256 124 US.

2.     NOTICE TO THE CLERK  dated June 22, 2012 mailed by certified U.S. mail # 7006
2760 0001 6690 8686 regarding transmittal to the Court of 26 Affidavits of Service of summons.

Page 1 of AUG - 6 2012

Angela D. Cassa, Clerk of Court
U.S. District Court, District of Columbia

3.     NOTICE TO THE CLERK dated June 30, 2012 mailed by certified U.S. mail # 7003 0500 0001 9918 0928 regarding change in residence address of Adam Y. Gerol.

4.     NOTICE TO THE CLERK dated July 2, 2012 mailed by certified U.S. mail # 7003 0500 0001 9918 0928 regarding transmittal to the Court of 13 Affidavits of Service of summons.

5.     Proof of Mailing dated July 2, 2012 signed by Kenneth A. Kraucunas regarding the aforesaid change in residence address of Adam Y. Gerol (and other documents that were enclosed therewith) mailed by certified U.S. mail # 7003 0500 0001 9918 0928.

6.     The "ORDER" dated June 29, 2012, which was referenced in a copy of a "**Notice of Electronic Filing**" that referred to "Document Number 10". **However, no "Document Number 10" or "ORDER" was in the envelope** given to me by the Notary Public.

7.     NOTICE TO THE CLERK dated July 12, 2012 mailed by certified U.S. mail # 7003 0500 0001 9918 0881 regarding transmittal to the Court of 2 Affidavits of Service of summons.

8.     NOTICE TO THE CLERK dated July 18, 2012 mailed by certified U.S. mail # 7003 0500 0001 9918 0898 regarding transmittal to the Court of Complainant's verified Motions To Strike and the accompanying Orders to be signed by the Court.

9.     NOTICE TO THE CLERK dated July 24, 2012 mailed by certified U.S. mail # 7002 0460 0000 7727 0806 regarding transmittal to the Court of Complainant's Verified Motion For Partial Summary Judgment.

10.     **THIS PRAECIPE and NOTICE TO THE CLERK**.

IF THERE IS ANY UNUSED PORTION OF THE ENCLOSED $10.00, THE CLERK

IS INSTRUCTED TO MAKE ADDITIONAL COPIES OF THIS PRAECIPE, OR PAGES

THEREOF, UNTIL THE $10.00 IS FULLY UTILIZED.  Dated this August 1, 2012.

## PROOF OF MAILING

I certify that on August 1, 2012, I mailed the foregoing "Praecipe And Notice To The Clerk" and $10.00 Postal Money Order, via certified U.S. mail # 7007 2680 0000 2174 9625 to:  Clerk, district court of the United States, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

## CERTIFICATE OF RETURNED MAIL

I certify that on August 15, 2012 the following improperly addressed mail was returned to:  CLERK OF COURT, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, DC 20001:

1.      Envelope and 11 pages of contents from UNITED STATES BANKRUPTCY COURT postmarked July 30, 2012 to STEVEN ALAN MAGRITZ.

2.      Envelope and 2 pages of contents from UNITED STATES DISTRICT COURT postmarked July 30, 2012 to STEVEN ALAN MAGRITZ.

_____
Notary Public
My commission expires: _____

RECEIVED
Mail Room

AUG 2 0 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

STEVEN ALAN MAGRITZ
P.O. Box 342443
MILWAUKEE, WI 53234

:GS MAGRITZ v. OZAUKEE COUNTY et al

:tice                                    07/26/2012 06:08 PM

y the CM/ECF system. Please DO NOT
s unattended.
idicial Conference of the United States policy
(including pro se litigants) to receive one free
Illy, if receipt is required by law or directed by
ers. To avoid later charges, download a copy of
r, if the referenced document is a transcript, the



rict Court

Columbia

)12 at 6:07 PM and filed on 7/26/2012
r



ke. It is FURTHER ORDERED that plaintiff shall
! motions to dismiss by no later than August 24,
irt may treat the motions as conceded and dismiss
his Order in its entirety upon receipt. Signed by

led to:

)

eans to::

10140 North Port Washington Road
Mequon, WI 53092

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

recognize
not consent
not accept

not not
not not

I of I

STEVEN ALAN MAGRINI
P. O. Box 342443
MILWAUKEE, WI 53234